IN THE

COURT of CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

Abel Acosta, Clerk

Johnathen L. Harrison

v.

THE STATE OF TEXAS

§
§
§
§
§
§
§
§
§
§

WR-75, 755-04

Eleventh Court of Appeals

Cause No. 11-11-00241-CR

Trial No. CR-20133

FILED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

Abel Acosta, Clerk

PETITIONER'S MOTION TO EXTEND TIME
IN FILING PETITION FOR DISCRECTIONARY REVIEW
PERSUANT to TEXAS RULES of APPELLATE PROCEDURE RULE 10.5 (b)

1. Petitioner was granted relief in WR-75, 755-04 and permitted to file an out of time PDR on May 13, 2015.

2. Petitioner has until June 13, 2015 to file his Petition for Discrectionary Review.

3. Petitioner requests an extension of 90 Days which would extend his deadline to September 13, 2015.

4. Petitioner is not an attorney, is limited to 15 hours a week in the Unit Law Library and often less due to Staff shortages.

5. Petitioner needs 90 days in order to adequately research and prepare his petition.

6. Petitioner has not requested any previous extensions of time from this court and none have been granted.

PRAYER FOR RELIEF

Wherefore premise having been considered the petitioner humbly requests and prays that this Honorable Court grant his Motion for extension of time in order to file his petition for Discrectionary Review and any other Relief to which he is entitled.

Respectfully Submitted,

Johnathen L. Harrison          5-26-15

(1)

Johnathen L. Harrison
TDCJ-ID # 1670858
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705
Pro-se

## DECLARATION

I hearby declare under perjury the foregoing to be true and correct. Executed on May 25, 2015.

Duly Sworn,

Johnathen L. Harrison
TDCJ-ID # 1670858
Mark W. Stiles Unit
3060 F.M. 3514
Beaumont, Tx. 77705
Pro-se

(2)